IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-03116-MSK-MJW

PATRICK CILLO, and
INTERNATIONAL UNION OF POLICE ASSOCIATIONS, AFL-CIO ("IUPA")

Plaintiff(s),

v.

CITY OF GREENWOOD VILLAGE,
DONNIE PERRY,
JOSEPH HARVEY,
CECIL RANDY CORBITT, and
JAMES SANDERSON,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Defendants' Unopposed Motion for Entry of Stipulated and Protective Order (docket no. 17) is GRANTED finding good cause shown.  The written Stipulation and Protective Order (docket no. 17-1) is APPROVED as amended in paragraph 13 and made an Order of Court.

Date:  April 7, 2011