**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLORADO**

Civil Action No. 10-cv-03116-MSK-MJW

PATRICK CILLO, and
INTERNATIONAL UNION OF POLICE ASSOCIATIONS, AFL-CIO ("IUPA"),

Plaintiffs,

vs.

CITY OF GREENWOOD VILLAGE, a body corporate and politic;
DONNIE PERRY, in his individual capacity;
JOSEPH HARVEY, in his individual capacity;
CECIL RANDY CORBITT, in his individual capacity; and
JAMES SANDERSON, in his individual capacity,

Defendants.

**ORDER GRANTING**
**STIPULATED MOTION TO VACATE SETTLEMENT CONFERENCE**
**(DN 30)**

It is hereby ORDERED that the Stipulated Motion to Vacate Settlement Conference, DN 30, filed with the Court on August 18, 2011, is GRANTED. The Settlement Conference set for August 19, 2011, at 3:00 p.m., is hereby vacated and may be reset upon the filing of a joint written motion by either party.

**DATED** this 18th day of August, 2011.

BY THE COURT:

s/Michael J. Watanabe
MICHAEL J. WATANABE
US MAGISTRATE JUDGE