IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-03116-MSK-MJW

PATRICK CILLO, and
INTERNATIONAL UNION OF POLICE ASSOCIATIONS, AFL-CIO ("IUPA")

Plaintiff(s),

v.

CITY OF GREENWOOD VILLAGE,
DONNIE PERRY,
JOSEPH HARVEY,
CECIL RANDY CORBITT, and
JAMES SANDERSON,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

        It is hereby ORDERED that the Stipulated Motion to Modify Protective Order
(docket no. 47) is GRANTED finding good cause shown.  The Modified Stipulation and
Protective Order (docket no. 47-1) is APPROVED and made an Order of Court.

Date:   April 23, 2012