**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 10-cv-03116-MSK-MJW

PATRICK CILLO;
INTERNATIONAL UNION OF POLICE ASSOCIATIONS, AFL-CIO ("IUPA"),

    Plaintiffs,

v.

CITY OF GREENWOOD VILLAGE, a body corporate and politic;
DONNIE PERRY, in his individual capacity;
JOSEPH HARVEY, in his individual capacity; and
JAMES SANDERSON, in his individual capacity,

    Defendants.

_____

**FINAL JUDGMENT**
_____

Pursuant to and in accordance with the Opinion and Order Granting Motion for Summary Judgment And Denying Motions to Restrict Access entered by Judge Marcia S. Krieger on September 27, 2012, incorporated herein by reference, it is

ORDERED that Defendants' Motion for Summary Judgment [34], [36] is granted. It is

FURTHER ORDERED judgment is entered in favor of defendants City of Greenwood Village, Donnie Perry, Joseph Harvey and James Sanderson and against plaintiffs Patrick Cillo and International Union of Police Associations, AFL-CIO ("IUPA"). It is

FURTHER ORDERED that defendants shall have their costs by the filing of a Bill of Costs with the Clerk of this Court within fourteen days of the entry of judgment. It is

FURTHER ORDERED that the Complaint and this civil action are dismissed.

DATED at Denver, Colorado September 28, 2012.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

By: s/ Edward P. Butler
Edward P. Butler
  Deputy Clerk