IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-03116-MSK-MJW

PATRICK CILLO and
INTERNATIONAL UNION OF POLICE ASSOCIATIONS, AFL-CIO ("IUPA"),

Plaintiff(s),

v.

CITY OF GREENWOOD VILLAGE,
DONNIE PERRY,
JOSEPH HARVEY,
CECIL RANDY CORBITT, and
JAMES SANDERSON,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Plaintiff's Unopposed Motion for Withdrawal of Sarah J. Parady (Docket No. 72) is granted, and Sarah J. Parady, Esq., is withdrawn as counsel for plaintiff in this action.

Date:   January 29, 2014